UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

TIMOTHY HERNANDEZ, on behalf of himself and all
others similarly situated,

                    Civil Action No:
                    1:25-cv-638

                   Plaintiff,

    -v.-

ROSS METALS CORPORATION

                   Defendant.
-------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 16, 2025

| **For Plaintiff Timothy Hernandez** | **For Defendant Ross Metals Corporation** |
|---|---|
| *s/Rami Salim*<br>Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>rsalim@steinsakslegal.com | *s/Michael K. Chong*<br>Michael K. Chong<br>Law Offices of Michael K. Chong, LLC<br>2 Executive Drive Suite 240<br>Fort Lee, NJ 07024<br>Ph:  (201) 947-5200<br>mkc@mkclawgroup.com |

1

## CERTIFICATE OF SERVICE

I certify that on October 16, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Rami Salim*
Rami Salim
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

2